U.S.

v.

**Sean M. OLIVER**

**No. 17-0382/AF**

U.S. Court of Appeals for
the Armed Forces.

August 14, 2017

CCA 38858

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Terrance B. WELLS**

**No. 17-0471/AR**

U.S. Court of Appeals for
the Armed Forces.

August 14, 2017

CCA 20160211

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Joshua D. HNATIUK**

**No. 17-0440/AF**

U.S. Court of Appeals for
the Armed Forces.

August 14, 2017

CCA 38923

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Montrell L. MAYO**

**No. 17-0550/AR**

U.S. Court of Appeals for
the Armed Forces.

August 15, 2017

CCA20140901

DAILY JOURNAL

Petitions for Grant of Review Filed

